*Lee I. Park* and *Clarence F. Rothenburg* for petitioner. Solicitor General Perlman, Acting Assistant Attorney General Clapp and *Samuel D. Slade* for the United States.

No. 512.  REYNOLDS *v.* BALTIMORE & OHIO RAILROAD Co.  C. A. 7th Cir.  Certiorari denied.  *Frank E. Lorch* and *Evan A. McLinn* for petitioner.  *E. H. Burgess* and *Kenneth H. Ekin* for respondent.

No. 518.  MONTANA POWER Co. *v.* FEDERAL POWER COMMISSION.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *J. E. Corette, Jr., S. B. Chase, Jr., John C. Hauck, Herbert M. Bingham* and *H. Donald Kistler* for petitioner.  *Solicitor General Perlman, Acting Assistant Attorney General Clapp, Paul A. Sweeney, Melvin Richter, Herman Marcuse, Bradford Ross, Willard W. Gatchell* and *Bernard A. Foster, Jr.* for respondent.

No. 521.  HART ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Donald S. Caruthers* and *Howard W. Smith, Jr.* for petitioners.  *Solicitor General Perlman, Ed Dupree, Leon J. Libeu* and *Nathan Siegel* for the United States.

No. 523.  GOLDMAN *v.* GENERAL MILLS, INC.  C. A. 8th Cir.  Certiorari denied.  *David W. Louisell* and *Irving H. Green* for petitioner.  *Frank J. Morley, D. E. Balch, A. Lyman Beardsley* and *Edward K. Thode* for respondent.

No. 484.  VRILIUM PRODUCTS Co. ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Leslie E. Salter* for petitioners.  *Solicitor General Perlman, Assist-*

948

*ant Attorney General McInerney, Philip R. Monahan* and *Felicia H. Dubrovsky* for the United States.

No. 520. HISS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED, MR. JUSTICE FRANK-FURTER, and MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert M. Benjamin, Harold Rosenwald* and *Chester T. Lane* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Philip R. Monahan* for the United States.

No. 528. MOFFETT *v.* ARABIAN AMERICAN OIL CO., INC., FORMERLY KNOWN AS CALIFORNIA ARABIAN STANDARD OIL CO., INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *William Power Maloney* and *Raymond N. Beebe* for petitioner. *Joseph M. Proskauer* for respondent.

No. 532. OTTLEY *v.* ST. LOUIS-SAN FRANCISCO RAILWAY Co. Supreme Court of Missouri. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Guy W. Green* for petitioner. *C. H. Skinker, Jr.* for respondent.

Nos. 353 and 552. LAND ET AL. *v.* DOLLAR ET AL. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit in No. 552 is denied. The motion for leave to file petition for rehearing in No. 353 is denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Solicitor General Perl-*